# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NAOMI COHEN** and **IDAN BEN-GIGI,**
Appellants,

v.

**SOUTH FLORIDA FAIR AND PALM BEACH COUNTY EXPOSITIONS, INC.,**
Appellee.

No. 4D2025-2768

[July 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Joseph Parnofiello, Judge; L.T. Case No. 502022CA010733XXXXMB.

Naomi Cohen, Staten Island, NY, pro se.

James Richard Foster and Alyssa Mara Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***